UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANA MUNSON,

        Plaintiff,

    v.

CITY OF SEATTLE ET AL.,

        Defendants.

CASE NO. 2:26-cv-01711-JHC

ORDER

This matter comes before the Court sua sponte. Plaintiff filed a proposed complaint on May 17, 2026. *See* Dkt. # 1. On May 19, 2026, the Court sent notice of filing deficiencies to Plaintiff. Dkt. # 2. The notice identified three filing deficiencies—IFP Application(s) Needed, Civil Cover Sheet Omitted, Improper/Missing Signature—and informed Plaintiff that she must correct these deficiencies within a specified timeframe for her case to proceed. *Id.* Plaintiff has not corrected these deficiencies, *see generally* Dkt., and the Court's notice has also been returned as undeliverable. *See* Dkt. # 3. The Court thus DISMISSES this matter without prejudice and DIRECTS the Clerk to close the case.

//

//

ORDER - 1

Dated this 7th day of July, 2026.

John H. Chun
United States District Judge

ORDER - 2